DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDS HARBOR RESORT & MARINA, LLC,**
a Florida limited liability company,
**HANK FREID** and **BRANDON FREID**
Appellants,

v.

**TAHA BROTHERS, INC.,** a Florida for profit corporation, and
**TAHA FAMILY LLC,** a Florida limited liability company,
Appellees.

No. 4D2023-2376

[October 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE 19-20678(18).

George W. Hatch, III, Dwight O. Slater, Robert D. Fingar and Alexander S. Whitlock of Guilday Law, P.A., Tallahassee, and Martin D. Stern of Anidjar & Levine, Fort Lauderdale, for appellants.

Michael P. Hamaway and Seth A. Kupilik of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, Bruce S. Rogow of Bruce S. Rogow, P.A., Cedar Mountain, NC, and Tara A. Campion of Bruce S. Rogow, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed. See Stockman v. Downs*, 573 So.. 2d 835 (Fla. 1991).

WARNER, MAY and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***